# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEROY JOHNSON

NO. 2024 KW 0746

**NOVEMBER 21, 2024**

---

In Re:     Leroy Johnson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 99840.

---

**BEFORE:     McCLENDON, THERIOT, AND HESTER, JJ.**

**WRIT DENIED.**

PMc
MRT
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT